```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

| | |
|---|---|
| JANICE CLARK,                                    * | |
| Plaintiff,                                       * | |
| vs.                                              * | |
| PYRAMID HEALTHCARE MGMT. d/b/a                   * | CASE NO. 4:23-cv-205 (CDL) |
| PYRAMID PROPS., LLC, GA PYRAMID | |
| VENTURE, LLC, and COLUMBUS                       * | |
| CENTER, LLC, d/b/a/ RIVER TOWNE | |
| CENTER,                                          * | |
| Defendants. | |

## O R D E R

The Court previously found that Defendants had failed to comply with their discovery obligations and that their failure was without substantial justification or good cause. The Court further found Defendants' conduct demonstrated bad faith with regard to their failure to respond in a timely manner to Plaintiff's discovery requests. Accordingly, the Court found that Plaintiff was entitled to recover reasonable attorney's fees for having to file her motion to compel. Plaintiff has supplemented her motion with credible evidence supporting her lodestar calculation, and the Court finds that Plaintiff is entitled to recover attorney's fees in the amount of $6,400.00. Defendants shall make payment of this amount to Plaintiff through Plaintiff's counsel within fourteen days of today's order. The Court finds that Defendants' supplemental responses, while not flawless, appear to constitute

substantial compliance with the Court's order.  Therefore, the Court declines to impose additional sanctions at this time.  If Plaintiff contends that additional discovery responses remain outstanding, she may file a supplemental motion to compel that spells out precisely what information has been requested and not provided but only after conferring in good faith with Defendants' counsel in an attempt to obtain the appropriate supplementation.

IT IS SO ORDERED, this 6th day of November, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA